THE GALLOWAY TOWNSHIP BOARD OF EDUCATION, AT-
LANTIC COUNTY, A CORPORATE AND GOVERNMENTAL
AGENCY OF THE STATE OF NEW JERSEY, PLAIN-
TIFF-RESPONDENT, v. THE GALLOWAY TOWNSHIP
EDUCATION ASSOCIATION, AN UNINCORPORATED
ASSOCIATION OF THE STATE OF NEW JERSEY, DE-
FENDANT-APPELLANT.

Superior Court of New Jersey
Appellate Division

Argued May 17, 1976—Decided June 7, 1976.

Before Judges FRITZ, SEIDMAN and MILMED.

*Mr. Michael E. Cunningham* argued the cause for the ap-
pellant (*Messrs. Starkey, Turnbach, White & Kelly,* attor-
neys).

*Mr. James P. Granello* argued the cause for the respon-
dent (*Messrs. Murray* and *Pachman,* attorneys; *Mr. Robert
Emmet Murray,* of counsel; *Mr. Malachi J. Kenney,* on the
brief).

PER CURIAM. The order and final judgment of the Chan-
cery Division under review is affirmed substantially for the
reasons expressed by Judge Francis in his opinion of June
19, 1975 reported at 135 *N. J. Super.* 269 (Ch. Div. 1975).